# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. HARRY PALMER                                Docket No. 3:01CR00109(CFD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Harry Palmer who was sentenced to 27 months incarceration to be followed by 3 years supervised release for a violation of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(5)(B). The defendant was sentenced by the Honorable Christopher F. Droney, United States District Judge sitting in the court in Hartford, Connecticut on January 9, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall pay restitution in the amount of $900.00 as ordered in the Restitution Order entered on this date; 2) The defendant is required to participate in a mental health program approved by the probation officer; 3) The defendant is required to participate in a progra approved by the Probation Officer for the treatment and monitoring of sex offenders, including polygraph examination; 4) The defendant shall not access any child pornography; 5) The defendant shall not visit any playground, schools, parks, or locations where children play; 6) The defendant shall not have any unsupervised visits with children under the age of 18 years of age; and, 6) The defendant shall not associate with or have any contact with convicted sex offenders, unless as part of an approved counseling group. The defendant commenced her supervision on December 29, 2003.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
During January 2005, Mr. Palmer commenced attending the Gateway Community College located in New Haven, Connecticut while majoring in Liberal Arts. Consequently, Mr. Palmer's special conditions preclude him from having access to Internet services except as related to his job, and in conjunction with prior approval from his Probation Officer. It is, therefore, respectfully recommended that the aforementioned special condition be expanded to include Internet access for school related research purposes. On March 16, 2005, this officer was given a tour of Gateway Community College while accompanied by Educational Technology Specialist Alfonzo Lewis. During the tour, Mr. Lewis discussed the levels of security that are implemented that include, in part, posted policy and procedure in addition to on-site staff monitoring.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant shall not be permitted to use the Internet except as related to his job and school related purposes at Gateway Community College, without prior approval from the Probation Officer.

Both Assistant U.S. Attorney Jonathon Biran and defense counsel Howard Gemeiner were contacted and had no objections to the aformentioned request to modify said special condition.

**ORDER OF COURT**

Considered and ordered this 22nd day of March, 2003 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Respectfully Submitted,

Patrick D. Norton
United States Probation Officer

Place: Hartford, Connecticut

Date: March 18, 2005